No. 85–1998.  TABLER ET AL. *v.* WALLACE, ADMINISTRATRIX OF THE ESTATE OF WALLACE, ET AL.  Sup. Ct. Ky.  Certiorari denied.

No. 85–1999.  CITY OF COLLEGE STATION ET AL. *v.* SHELTON ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 85–2000.  GRIJALVA ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 85–2003.  INGRAM *v.* UNITED STATES; and
No. 85–2150.  BRANTLEY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  Reported below: 777 F. 2d 159.

No. 85–2004.  GELTMAN INDUSTRIES, INC. *v.* TRUSTEES OF THE AMALGAMATED INSURANCE FUND.  C. A. 9th Cir.  Certiorari denied.

No. 85–2007.  SUMNER *v.* YODER TOWNSHIP ET AL.  Ct. App. Kan.  Certiorari denied.

No. 85–2008.  BROWN *v.* ROGERS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 85–2011.  KLIPPERT *v.* DEPARTMENT OF DEFENSE.  C. A. Fed. Cir.  Certiorari denied.

No. 85–2012.  CONNICK *v.* TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 85–2013.  CARRAS *v.* HULL & SMITH HORSE VANS, INC.  Ct. App. Mich.  Certiorari denied.

No. 85–2016.  OWENS *v.* BALTIMORE & OHIO RAILROAD CO.  Ct. Sp. App. Md.  Certiorari denied.

No. 85–2017.  GIOVANIELLO *v.* BOARD OF DIRECTORS OF CENTENNIAL INDUSTRIES, INC.  C. A. 2d Cir.  Certiorari denied.

No. 85–2018.  KUNGLE *v.* ST. JOHN'S COLLEGE ET AL.  Ct. Sp. App. Md.  Certiorari denied.